Bogle, Bogle & Gates, Edward G. Dobrin, and Stanley B. Long, all of Seattle, Wash., for appellee.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, filed July 23, 1945, and good cause therefor appearing, it is ordered that the appeal in above cause be, and hereby is dismissed, that a decree be filed and entered accordingly, and that the mandate of this court in above cause issue forthwith.

**Richard J. THOMAS, Appellant, v. UNITED STATES of America (two cases).**

**Nos. 13134, 13135.**

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

Richard J. Thomas, pro se.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution without taxation of costs in this Court in favor of either of the parties, on motion of appellee.

**John Edmund SULLIVAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 12967.**

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

**Hal H. THURBER et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 12970.**

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

**UNITED STATES of America v. Jesse KIRBY.**

**No. 3206.**

Circuit Court of Appeals, Tenth Circuit.

Aug. 9, 1945.

Cleon A. Summers, U. S. Atty., and Francis Stewart, Asst. U. S. Atty., both of Muskogee, Okl., for appellant.